UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

BRIAN GUILLORY                    CIVIL ACTION NO. 6:20-cv-00848

VERSUS                            CHIEF JUDGE

SEDWICK INSURANCE                 MAGISTRATE JUDGE
*************************************************************

**SUIT ON INSURANCE CONTRACT FOR BENEFITS**

The petition of BRIAN GUILLORY, a resident of and domiciled in Evangeline Parish, Louisiana, with respect represents that:

1.

SEDGWICK INSURANCE, a foreign insurance company authorized to do and doing business in the State of Louisiana, is justly and truly indebted unto petitioner, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following, to-wit:

2.

Defendant, SEDGWICK INSURANCE, through its agents and/or officers sold to petitioner, BRIAN GUILLORY, and his employer, a contract of insurance, providing short term disability insurance benefits to petitioner if he should sustain an illness or injury.

3.

Plaintiff, BRIAN GUILLORY, became ill and was diagnosed with a heat stroke.

4.

In accordance with the insurance contract, proof of illness was furnished to said defendant, SEDGWICK INSURANCE, and Plaintiff applied for short term disability benefits. After his administrative remedies were exhausted on February 14, 2020, Plaintiff's claim for said short term benefits was denied.

5.

Plaintiff, BRIAN GUILLORY, is entitled to receive short term benefits in connection with his illness.

6.

Federal jurisdiction is governed by the Employee Retirement and Insurance Security Act of 1974 U.S.C. 1001, et seq. ("ERISA").

7.

Plaintiff, BRIAN GUILLORY, desires and is entitled to proceed In Forma Pauperis.

WHEREFORE, Plaintiff, BRIAN GUILLORY, prays that the defendant be duly cited to appear and answer this complaint and that after due proceedings had, there be judgment herein in favor of petitioner and against defendant, SEDGWICK, as provided by law, and for all costs of these proceedings.

Plaintiff, BRIAN GUILLORY, FURTHER PRAYS to proceed In Forma Pauperis, and for all general and equitable relief, costs, etc., at defendants costs.

THROUGH HIS ATTORNEY:

_____
GILBERT J. AUCOIN
Law Offices of Gil Aucoin
153 S. Court Street
Ville Platte, Louisiana 70586
PH: (337) 363-2223
BAR ROLL NO. 18104

gilbertjaucoin@yahoo.com

**PLEASE SERVE:**

SEDGWICK CORPORATE HEADQUARTERS
Through the Long Arm Statute,
P.O. Box 171816
Memphis, Tennessee 38187-1865

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

BRIAN GUILLORY                                    CIVIL ACTION NO.

VERSUS                                            CHIEF JUDGE

SEDWICK INSURANCE                                 MAGISTRATE JUDGE
**************************************************************************

**ORDER**

Considering the above and foregoing;

IT IS ORDERED that Plaintiff, BRIAN GUILLORY, proceed In Forma Pauperis.

Signed in Lafayette, Louisiana, this _____ day of _____, 2020.

_____
**JUDGE**