UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRIAN CLIFFORD GUILLORY | CIVIL ACTION NO.  6:20-CV-00848 |
| VERSUS | JUDGE JUNEAU |
| SEDGWICK INSURANCE CO | MAGISTRATE JUDGE WHITEHURST |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated.  The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall file a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action.  Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

The Court retains jurisdiction over the settlement of this action under *Kokkonen v. Guardian Life*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of January, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE