# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN CLIFFORD GUILLORY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 6:20-CV-0848-MJJ-PJH |
| | ) |
| SEDGWICK INSURANCE | ) District Judge Michael J. Juneau |
| COMPANY, | ) Magistrate Judge Carol B. Whitehurst |
| | ) |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses the claims against all Defendant in the above-captioned case with prejudice. Each party shall bear her/its own attorneys' fees and costs.

Dated: February 2, 2021

Respectfully submitted,

_____
Gilbert J. Aucoin, Esq. (#18104)
Law Offices of Gil Aucoin
153 S. Court Street
Ville Platte, LA 70586
Telephone: (337) 363-2223
gilbertjaucoin@yahoo.com

_____
George D. Fagan, Esq. (#14260)
Reagan Wilty, Esq. (#35292)
LEAKE & ANDERSSON, L.L.P.
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Telephone: 504.585.7500
Facsimile: 504.585.7775
gfagan@leakeandersson.com
rwilty@leakeandersson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I served a true and correct copy of the foregoing document upon all counsel of record by electronic filing in accordance with the Court's electronic filing program, and by properly addressed first class mail to any others.

Gilbert J. Aucoin
153 S Court Street
Ville Platte, LA 70586
E-Mail: gilbertjaucoin@yahoo.com

_____
~~Reagan Wilty~~
GEORGE D. FAGAN

2